Oscar CHANDLER, Appellant, v. UNITED STATES of America.

No. 9437.

Circuit Court of Appeals, Eighth Circuit.

Oct. 5, 1932.

Walter L. Brown and L. B. Smead, both of El Dorado, Ark., for appellant.

W. N. Ivie, U. S. Atty., and G. T. Sullins, Asst. U. S. Atty., both of Ft. Smith, Ark.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of counsel for appellee, under Rules 23 and 24.

COMMERCIAL CREDIT COMPANY, Appellant, v. UNITED STATES of America.

No. 9496.

Circuit Court of Appeals, Eighth Circuit.

Dec. 14, 1932.

Owen Cunningham, of Des Moines, Iowa, and Duane R. Dills, of New York City, for appellant.

R. W. Colflesh, U. S. Atty., and Ray C. Fountain, Asst. U. S. Atty., both of Des Moines, Iowa.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of counsel for appellee under Rule 24.

CLEARY BROS., Inc., Libelant-Appellee, v. PENNSYLVANIA RAILROAD COMPANY, Respondent-Appellant, and Steam Tug MARGARET L. MESECK, Impleaded, Meseck Towing & Transportation Company, Inc., Claimant-Appellee.

No. 120.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1932.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Frederic Conger, both of New York City, of counsel), for appellant.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for libelant-appellee.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine, of New York City, of counsel), for claimant-appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.